

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant Marco Sanchez.

SIGNED August 19, 2015.

_____
Patricia O. Alvarez, Justice